464 A.2d 532

Commonwealth v. Valentine, Appellant.

Argued February 10, 1983. Catherine Ann Porter, Assistant Public Defender, for

appellant; J. Michael Kane, District Attorney, no appearance on behalf of Commonwealth, appellee.

Before CAVANAUGH, BROSKY and CIRILLO, JJ.

Judgment of sentence affirmed.